# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROSALIND JONES LARKINS

VERSUS

HAIR QUEEN BEAUTY SUPPLY,
INC., INDIVIDUAL ABC AND DEF
INSURANCE COMPANY

NO.   2025 CW 0910

DECEMBER 18, 2025

---

In Re:   Hair Queen Beauty Supply, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698535.

---

**BEFORE:   McCLENDON, C.J., WOLFE, MILLER, GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court's August 7, 2025 judgment which granted the Motion to Set Aside Judgment on Motion for Summary Judgment and for a New Trial filed by plaintiff, Rosalind Larkins, is reversed. Plaintiff failed to timely file an opposition to the Motion for Summary Judgment filed by defendant, Hair Queen Beauty Supply, Inc., pursuant to La. Code Civ. P. art. 966, or seek a continuance of the hearing, as provided by La. Code Civ. P. art. 967(C). The district court abused its discretion in granting plaintiff's Motion to Set Aside Judgment. Accordingly, the Motion to Set Aside Judgment on Motion for Summary Judgment and for a New Trial filed by plaintiff is denied, and the June 20, 2025 judgment which granted defendant's Motion for Summary Judgment is reinstated.

**EW**
**HG**
**TPS**

**McClendon, C.J. and Miller, J.,** dissent and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT